**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 18-02358 |
| | § | |
| SUSAN RAMOS HERNANDEZ | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/27/2018. The undersigned trustee was appointed on 01/27/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $2,888.07

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $3.90 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $2,884.17 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/14/2018 and the deadline for filing government claims was 08/14/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $389.08. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $389.08, for a total compensation of $389.08[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $13.36, for total expenses of $13.36.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/29/2018                    By:   /s/ David P. Leibowitz
                                          Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1 Exhibit A

| Case No.: | 18-02358 | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- |
| Case Name: | HERNANDEZ, SUSAN RAMOS | | Date Filed (f) or Converted (c): | 01/27/2018 (f) |
| For the Period Ending: | 10/29/2018 | | §341(a) Meeting Date: | 03/02/2018 |
| | | | Claims Bar Date: | 08/14/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 17537 Green Bay Avenue, Lansing, IL 60438 | $80,000.00 | $0.00 | | $0.00 | FA |
| 2 | 2012 Chevrolet Captiva | $5,295.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | CarMax appraisal provided | | | | | |
| 3 | 2014 Chevrolet Sonic | $3,841.00 | $0.00 | | $0.00 | FA |
| 4 | Furniture | $1,000.00 | $0.00 | | $0.00 | FA |
| 5 | TV | $500.00 | $0.00 | | $0.00 | FA |
| 6 | Clothes | $1,000.00 | $0.00 | | $0.00 | FA |
| 7 | Cash | $100.00 | $100.00 | | $100.00 | FA |
| 8 | US Bank (4860) | $250.00 | $250.00 | | $250.00 | FA |
| **Asset Notes:** | Updated per amended schedules 5/3/18 | | | | | |
| 9 | Chase Bank account (8330) (u) | $3.11 | $3.11 | | $3.11 | FA |
| **Asset Notes:** | Updated per amended schedules 5/3/18 | | | | | |
| 10 | Anticipated 2017 Federal Tax Refund (u) | $2,700.00 | $1,453.00 | | $1,453.00 | FA |
| 11 | Anticipated 2017 IL Tax Refund (u) | $300.00 | $278.00 | | $278.00 | FA |
| 12 | US Bank (4617) | $152.14 | $152.14 | | $152.14 | FA |
| **Asset Notes:** | Updated per amended schedules 5/3/18 (The two US Bank accounts were originally scheduled together--"US Bank two accounts--but then separated on amended schedules | | | | | |
| 13 | Trans America - Whole Life Insurance CSV (u) | $651.82 | $651.82 | | $651.82 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$95,793.07     $2,888.07     $2,888.07     $0.00

---

**Major Activities affecting case closing:**

06/29/2018    2018 Reporting Period:

After reviewing the Debtor's schedules and supporting documentation, the Trustee calculated a total of $2,888.07 in non-exempt funds in the debtor's bank accounts, as well as the non-exempt portion of her state and federal tax refunds. The Debtor has repaid the Estate in full.

The claims bar date is August 14, 2018, after which the case will be ready for TFR.

Case 18-02358    Doc 57    Filed 11/30/18    Entered 11/30/18 22:07:05    Desc Main
Document      Page 4 of 11

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No:   2         Exhibit A

| **Case No.:** | 18-02358 | | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | HERNANDEZ, SUSAN RAMOS | | | **Date Filed (f) or Converted (c):** | 01/27/2018 (f) |
| **For the Period Ending:** | 10/29/2018 | | | **§341(a) Meeting Date:** | 03/02/2018 |
| | | | | **Claims Bar Date:** | 08/14/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**   05/06/2019         **Current Projected Date Of Final Report (TFR):**         /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

FORM 2

Page No: 1     Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 18-02358 | |
| **Case Name:** | HERNANDEZ, SUSAN RAMOS | |
| **Primary Taxpayer ID #:** | **-***1066 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 1/27/2018 | |
| **For Period Ending:** | 10/29/2018 | |

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz | |
| **Bank Name:** | Green Bank | |
| **Checking Acct #:** | ******5801 | |
| **Account Title:** | | |
| **Blanket bond (per case limit):** | $5,000,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2018 | | HERNANDEZ, SUSAN RAMOS | Payment for non-exempt portion of tax refunds, funds in bank on petition date, and life insurance CSV | * | $2,888.07 | | $2,888.07 |
| | {7} | | $100.00 | 1129-000 | | | $2,888.07 |
| | {8} | | $250.00 | 1129-000 | | | $2,888.07 |
| | {9} | | $3.11 | 1229-000 | | | $2,888.07 |
| | {10} | | $1,453.00 | 1224-000 | | | $2,888.07 |
| | {11} | | $278.00 | 1224-000 | | | $2,888.07 |
| | {12} | | $152.14 | 1129-000 | | | $2,888.07 |
| | {13} | | $651.82 | 1229-000 | | | $2,888.07 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $3.90 | $2,884.17 |

| | | |
|---|---|---|
| **TOTALS:** | $2,888.07 | $3.90 | $2,884.17 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $2,888.07 | $3.90 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $2,888.07 | $3.90 | |

**For the period of 1/27/2018 to 10/29/2018**

| | |
|---|---|
| Total Compensable Receipts: | $2,888.07 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,888.07 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3.90 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3.90 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/29/2018 to 10/29/2018**

| | |
|---|---|
| Total Compensable Receipts: | $2,888.07 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,888.07 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3.90 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3.90 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2    Exhibit B

| Case No. | 18-02358 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HERNANDEZ, SUSAN RAMOS | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1066 | Checking Acct #: | ******5801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/27/2018 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/29/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $2,888.07 | $3.90 | $2,884.17 |

**For the period of 1/27/2018 to 10/29/2018**

| | |
|---|---|
| Total Compensable Receipts: | $2,888.07 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,888.07 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3.90 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3.90 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/27/2018 to 10/29/2018**

| | |
|---|---|
| Total Compensable Receipts: | $2,888.07 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,888.07 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3.90 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3.90 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No.: | 18-02358 | | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | HERNANDEZ, SUSAN RAMOS | | | | | | | Date: | 10/29/2018 |
| Claims Bar Date: | 08/14/2018 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1115<br>Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $389.08 | $0.00 | $0.00 | $0.00 | $389.08 |
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1115<br>Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $13.36 | $0.00 | $0.00 | $0.00 | $13.36 |
| 2 | REGIONAL ACCEPTANCE CORPORATION<br><br>PO Box 1847<br>Wilson NC 27894-1847 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Withdrawn | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   (2-1) 2014 Chevrolet Sonic

| 1 | CAVALRY SPV I, LLC<br><br>500 Summit Lake Drive, Ste 400<br>Valhalla NY 10595 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,132.82 | $0.00 | $17.15 | $0.00 | $1,132.82 |

**Claim Notes:**   (1-1) Cavalry SPV I, LLC as assignee of Synchrony Bank/Care Credit

| 3 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS<br><br>assignee of GE Money Bank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | Payments to Unsecured Credit Card Holders | Withdrawn | 7100-900 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   Claim beyond statute of limitation

| | SUSAN RAMOS HERNANDEZ<br><br>17537 GREEN BAY AVENUE<br>LANSING IL 60438 | Surplus Funds Paid to Debtor | Allowed | 8200-002 | $1,331.76 | $0.00 | $0.00 | $0.00 | $1,331.76 |

**Claim Notes:**   Debtor Surplus

| | | | | | $2,867.02 | $0.00 | $17.15 | $0.00 | $2,867.02 |

**CLAIM ANALYSIS REPORT**

Page No: 2
Exhibit C

| Case No. | 18-02358 | | | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | HERNANDEZ, SUSAN RAMOS | | | | Date: | 10/29/2018 |
| Claims Bar Date: | 08/14/2018 | | | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- |
| Payments to Unsecured Credit Card Holders | $2,445.64 | $1,132.82 | $0.00 | $17.15 | $0.00 | $1,132.82 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $15,944.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Surplus Funds Paid to Debtor | $1,331.76 | $1,331.76 | $0.00 | $0.00 | $0.00 | $1,331.76 |
| Trustee Compensation | $389.08 | $389.08 | $0.00 | $0.00 | $0.00 | $389.08 |
| Trustee Expenses | $13.36 | $13.36 | $0.00 | $0.00 | $0.00 | $13.36 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      18-02358
Case Name:     SUSAN RAMOS HERNANDEZ
Trustee Name:  David P. Leibowitz

Balance on hand: $2,884.17

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 2 | Regional Acceptance Corporation | $15,944.50 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $2,884.17

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $389.08 | $0.00 | $389.08 |
| David P. Leibowitz, Trustee Expenses | $13.36 | $0.00 | $13.36 |

Total to be paid for chapter 7 administrative expenses: $402.44
Remaining balance: $2,481.73

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $2,481.73

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $2,481.73 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,132.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | $1,132.82 | $0.00 | $1,132.82 |

|  | Total to be paid to timely general unsecured claims: | $1,132.82 |
|---|---|---|
|  | Remaining balance: | $1,348.91 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,348.91 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  | Total to be paid for subordinated claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,348.91 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 1.80 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $17.15. The

**UST Form 101-7-TFR (5/1/2011)**

amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $1,331.76.

**UST Form 101-7-TFR (5/1/2011)**