# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 18-02358 |
| | § | |
| SUSAN RAMOS HERNANDEZ | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $71,736.00 | Assets Exempt: | $23,900.00 |
| Total Distributions to Claimants: | $1,149.97 | Claims Discharged Without Payment: | $9,175.74 |
| Total Expenses of Administration: | $406.34 | | |

3)      Total gross receipts of $2,888.07  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $1,331.76 (see **Exhibit 2),** yielded net receipts of $1,556.31 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $101,878.00 | $15,944.50 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $406.34 | $406.34 | $406.34 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $10,308.74 | $2,445.64 | $1,132.82 | $1,149.97 |
| **Total Disbursements** | $112,186.74 | $18,796.48 | $1,539.16 | $1,556.31 |

4).  This case was originally filed under chapter 7 on 01/27/2018.  The case was pending for 13 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/06/2019            By:    /s/ David P. Leibowitz
                                        Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Cash | 1129-000 | $100.00 |
| US Bank (4617) | 1129-000 | $152.14 |
| US Bank (4860) | 1129-000 | $250.00 |
| Anticipated 2017 Federal Tax Refund | 1224-000 | $1,453.00 |
| Anticipated 2017 IL Tax Refund | 1224-000 | $278.00 |
| Chase Bank account (8330) | 1229-000 | $3.11 |
| Trans America - Whole Life Insurance CSV | 1229-000 | $651.82 |
| **TOTAL GROSS RECEIPTS** | | $2,888.07 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| SUSAN RAMOS HERNANDEZ | Surplus Funds | 8200-002 | $1,331.76 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $1,331.76 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Regional Acceptance Corporation | 4110-000 | $0.00 | $15,944.50 | $0.00 | $0.00 |
| | Chase Bank (lien on 2012 Chevrolet Captiva) | 4210-000 | $5,637.00 | $0.00 | $0.00 | $0.00 |
| | PennyMac Loan Services | 4110-000 | $79,469.00 | $0.00 | $0.00 | $0.00 |
| | Regional Acceptance Corp (lien on 2014 Chevrolet Sonic) | 4210-000 | $16,772.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $101,878.00 | $15,944.50 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $389.08 | $389.08 | $389.08 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $13.36 | $13.36 | $13.36 |
| Green Bank | 2600-000 | NA | $3.90 | $3.90 | $3.90 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $406.34 | $406.34 | $406.34 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 7100-900 | $1,133.00 | $1,132.82 | $1,132.82 | $1,132.82 |
| 3 | LVNV Funding, LLC its successors and assigns as | 7100-900 | $0.00 | $1,312.82 | $0.00 | $0.00 |
| | Cavalry SPV I, LLC | 7990-000 | $0.00 | $0.00 | $0.00 | $17.15 |
| | ATT Uverse | 7100-000 | $2,508.00 | $0.00 | $0.00 | $0.00 |
| | Bank of America - POC | 7100-000 | $1,580.37 | $0.00 | $0.00 | $0.00 |
| | Comcast | 7100-000 | $195.00 | $0.00 | $0.00 | $0.00 |
| | FIA Card Services | 7100-000 | $1,580.37 | $0.00 | $0.00 | $0.00 |
| | IC System Inc | 7100-000 | $2,508.00 | $0.00 | $0.00 | $0.00 |
| | Rise | 7100-000 | $301.00 | $0.00 | $0.00 | $0.00 |
| | Synchrony Bank (Care Credit) | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | US Bank | 7100-000 | $503.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $10,308.74 | $2,445.64 | $1,132.82 | $1,149.97 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    1        Exhibit 8

| Case No.: | 18-02358 | Trustee Name: | David Leibowitz |
| Case Name: | HERNANDEZ, SUSAN RAMOS | Date Filed (f) or Converted (c): | 01/27/2018 (f) |
| For the Period Ending: | 2/6/2019 | §341(a) Meeting Date: | 03/02/2018 |
| | | Claims Bar Date: | 08/14/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 17537 Green Bay Avenue, Lansing, IL 60438 | $80,000.00 | $0.00 | | $0.00 | FA |
| 2 | 2012 Chevrolet Captiva | $5,295.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | CarMax appraisal provided | | | | | |
| 3 | 2014 Chevrolet Sonic | $3,841.00 | $0.00 | | $0.00 | FA |
| 4 | Furniture | $1,000.00 | $0.00 | | $0.00 | FA |
| 5 | TV | $500.00 | $0.00 | | $0.00 | FA |
| 6 | Clothes | $1,000.00 | $0.00 | | $0.00 | FA |
| 7 | Cash | $100.00 | $100.00 | | $100.00 | FA |
| 8 | US Bank (4860) | $250.00 | $250.00 | | $250.00 | FA |
| Asset Notes: | Updated per amended schedules 5/3/18 | | | | | |
| 9 | Chase Bank account (8330)  (u) | $3.11 | $3.11 | | $3.11 | FA |
| Asset Notes: | Updated per amended schedules 5/3/18 | | | | | |
| 10 | Anticipated 2017 Federal Tax Refund  (u) | $2,700.00 | $1,453.00 | | $1,453.00 | FA |
| 11 | Anticipated 2017 IL Tax Refund  (u) | $300.00 | $278.00 | | $278.00 | FA |
| 12 | US Bank (4617) | $152.14 | $152.14 | | $152.14 | FA |
| Asset Notes: | Updated per amended schedules 5/3/18 (The two US Bank accounts were originally scheduled together--"US Bank two accounts--but then separated on amended schedules | | | | | |
| 13 | Trans America - Whole Life Insurance CSV  (u) | $651.82 | $651.82 | | $651.82 | FA |

| TOTALS (Excluding unknown value) | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| | $95,793.07 | $2,888.07 | | $2,888.07 | $0.00 |

**Major Activities affecting case closing:**

06/29/2018    2018 Reporting Period:

After reviewing the Debtor's schedules and supporting documentation, the Trustee calculated a total of $2,888.07 in non-exempt funds in the debtor's bank accounts, as well as the non-exempt portion of her state and federal tax refunds. The Debtor has repaid the Estate in full.

The claims bar date is August 14, 2018, after which the case will be ready for TFR.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| **Case No.:** | 18-02358 |
| **Case Name:** | HERNANDEZ, SUSAN RAMOS |
| **For the Period Ending:** | 2/6/2019 |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 01/27/2018 (f) |
| **§341(a) Meeting Date:** | 03/02/2018 |
| **Claims Bar Date:** | 08/14/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):**   05/06/2019      **Current Projected Date Of Final Report (TFR):**

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

FORM 2
Page No: 1    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 18-02358 | |
| **Case Name:** | HERNANDEZ, SUSAN RAMOS | |
| **Primary Taxpayer ID #:** | **-***1066 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 1/27/2018 | |
| **For Period Ending:** | 2/6/2019 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******5801 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2018 | | HERNANDEZ, SUSAN RAMOS | Payment for non-exempt portion of tax refunds, funds in bank on petition date, and life insurance CSV | * | $2,888.07 | | $2,888.07 |
| | {7} | | $100.00 | 1129-000 | | | $2,888.07 |
| | {8} | | $250.00 | 1129-000 | | | $2,888.07 |
| | {9} | | $3.11 | 1229-000 | | | $2,888.07 |
| | {10} | | $1,453.00 | 1224-000 | | | $2,888.07 |
| | {11} | | $278.00 | 1224-000 | | | $2,888.07 |
| | {12} | | $152.14 | 1129-000 | | | $2,888.07 |
| | {13} | | $651.82 | 1229-000 | | | $2,888.07 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $3.90 | $2,884.17 |
| 01/12/2019 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $389.08 | $2,495.09 |
| 01/12/2019 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $13.36 | $2,481.73 |
| 01/12/2019 | 3003 | SUSAN RAMOS HERNANDEZ | Claim #: ; Amount Claimed: $1,331.76; Distribution Dividend: 100.00%; | 8200-002 | | $1,331.76 | $1,149.97 |
| 01/12/2019 | 3004 | Cavalry SPV I, LLC | Claim #: 1; Amount Claimed: $1,132.82; Distribution Dividend: 100.00%; | * | | $1,149.97 | $0.00 |
| | | | Claim Amount $(1,132.82) | 7100-900 | | | $0.00 |
| | | | Interest $(17.15) | 7990-000 | | | $0.00 |

| | | |
|---|---|---|
| **SUBTOTALS** | $2,888.07 | $2,888.07 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 18-02358 | |
| **Case Name:** | HERNANDEZ, SUSAN RAMOS | |
| **Primary Taxpayer ID #:** | **-***1066 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 1/27/2018 | |
| **For Period Ending:** | 2/6/2019 | |

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******5801 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $2,888.07 | $2,888.07 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $2,888.07 | $2,888.07 | |
| | | | **Less: Payments to debtors** | | $0.00 | $1,331.76 | |
| | | | **Net** | | $2,888.07 | $1,556.31 | |

| For the period of 1/27/2018 to 2/6/2019 | | For the entire history of the account between 06/29/2018 to 2/6/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,888.07 | Total Compensable Receipts: | $2,888.07 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,888.07 | Total Comp/Non Comp Receipts: | $2,888.07 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,556.31 | Total Compensable Disbursements: | $1,556.31 |
| Total Non-Compensable Disbursements: | $1,331.76 | Total Non-Compensable Disbursements: | $1,331.76 |
| Total Comp/Non Comp Disbursements: | $2,888.07 | Total Comp/Non Comp Disbursements: | $2,888.07 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3    Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 18-02358 | |
| Case Name: | HERNANDEZ, SUSAN RAMOS | |
| Primary Taxpayer ID #: | **-***1066 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 1/27/2018 | |
| For Period Ending: | 2/6/2019 | |

| | |
|---|---|
| Trustee Name: | David Leibowitz |
| Bank Name: | Green Bank |
| Checking Acct #: | ******5801 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $2,888.07 | $2,888.07 | $0.00 |

| For the period of 1/27/2018 to 2/6/2019 | |
|---|---|
| Total Compensable Receipts: | $2,888.07 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,888.07 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,556.31 |
| Total Non-Compensable Disbursements: | $1,331.76 |
| Total Comp/Non Comp Disbursements: | $2,888.07 |
| Total Internal/Transfer Disbursements: | $0.00 |

| For the entire history of the case between 01/27/2018 to 2/6/2019 | |
|---|---|
| Total Compensable Receipts: | $2,888.07 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,888.07 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,556.31 |
| Total Non-Compensable Disbursements: | $1,331.76 |
| Total Comp/Non Comp Disbursements: | $2,888.07 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ